IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| ABIGAIL FLETCHER, | |
|---|---|
| Plaintiff, | **8:19CV249** |
| vs. | |
| LOYAL SOURCE GOVERNMENT SERVICES, L.L.C., | **ORDER** |
| Defendant. | |

This matter is before the court on the court's own motion pursuant to 28 U.S.C. § 455(a), which states: "Any . . . judge . . . of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned." Upon review of the parties and the record in the above-designated case, the undersigned judge shall, and hereby does, recuse himself from the above-designated case pursuant to 28 U.S.C. § 455(a).

SO ORDERED.

Dated this 23rd day of October, 2019.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge