IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

ABIGAIL FLETCHER,

    Plaintiff,

vs.

LOYAL SOURCE GOVERNMENT SERVICES, L.L.C.,

    Defendant.

**8:19CV249**

**AMENDED PROGRESSION ORDER**

Upon consideration of the joint motion to extend progression deadlines (Filing No. 33),

IT IS ORDERED that the progression order is amended as follows:

1) The trial and pretrial conference dates are vacated and will not be set at this time.

2) The deadline for moving to amend pleadings or add parties is May 18, 2020.

3) The deadline for completing written discovery under Rules 33, 34, and 36 of the Federal Rules of Civil Procedure is May 18, 2020. Motions to compel discovery under Rules 33, 34, and 36 must be filed by June 1, 2020.

   **Note:** A motion to compel, to quash, or for a disputed protective order shall not be filed without first contacting the chambers of the undersigned magistrate judge to set a conference for discussing the parties' dispute.

4) The deadlines for identifying expert witnesses expected to testify at the trial, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), are:

       For the plaintiff(s):    April 17, 2020.

        For the defendant(s):       June 12, 2020.

5) The deadlines for complete expert disclosures[1] for all experts expected to testify at trial, (both retained experts, ([Fed. R. Civ. P. 26(a)(2)(B)](#)), and non-retained experts, ([Fed. R. Civ. P. 26(a)(2)(C)](#))), are:

        For the plaintiff(s):       May 15, 2020.

        For the defendant(s):       July 14, 2020.

        Plaintiff(s)' rebuttal:       August 14, 2020.

6) The deadline for requesting expert discovery, including written discovery of documents relied upon by experts, is October 1, 2020.

7) The deposition deadline is May 4, 2020.

8) The deadline for filing motions to dismiss and motions for summary judgment is July 6, 2020.

9) The deadline for filing motions to exclude testimony on *Daubert* and related grounds is October 16, 2020.

10) The parties shall comply with all other stipulations and agreements recited in their Rule 26(f) planning report and the initial progression order ([Filing No. 16](#)) that are not inconsistent with this order.

11) All requests for changes of deadlines or settings established herein shall be directed to the undersigned magistrate judge, including all requests for changes of trial dates. Such requests will not be considered absent a showing of due diligence in the timely progression of this case and the recent development of circumstances, unanticipated prior to the filing of the motion, which require that additional time be allowed.

---

[1] While treating medical and mental health care providers are generally not considered "specially retained experts," not all their opinions relate to the care and treatment of a patient. Their opinion testimony is limited to what is stated within their treatment documentation. As to each such expert, any opinions which are not stated within that expert's treatment records and reports must be separately and timely disclosed.

Dated this 11th day of February, 2020.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge