IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ABIGAIL FLETCHER,<br><br>        Plaintiff,<br><br>vs.<br><br>LOYAL SOURCE GOVERNMENT SERVICES, L.L.C.,<br><br>        Defendant. | **8:19CV249**<br><br>**ORDER** |

The parties will be engaging in mediation in June.

Accordingly,

IT IS ORDERED:

1) All unexpired case progression deadlines are continued pending further order of the court.

2) A telephonic conference with the undersigned magistrate judge will be held on July 1, 2020 at **9:00 a.m.** to discuss the status of case progression and potential settlement. Counsel shall use the conferencing information assigned to this to participate in the call.

3) This call will be cancelled and a deadline will be set for filing dismissal documents if, prior to the call, the parties advise my chambers by telephone ((402) 437-1670) or by email (zwart@ned.uscourts.gov) that the parties have fully settled the case.

Dated this 5th day of May, 2020.

                                              BY THE COURT:
                                              *s/ Cheryl R. Zwart*
                                              United States Magistrate Judge