IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ABIGAIL FLETCHER,<br><br>Plaintiff,<br><br>vs.<br><br>LOYAL SOURCE GOVERNMENT SERVICES, L.L.C.,<br><br>Defendant. | **8:19CV249**<br><br><br>**ORDER** |

The court has been advised that the parties in the above-captioned matter have settled their claims.

Accordingly,

IT IS ORDERED that:

(1)    Within thirty (30) calendar days of the date of this order, the parties shall file a joint stipulation for dismissal (or other dispositive stipulation) with the clerk of the court, together with submitting to the trial judge a draft order which will fully dispose of the case.

(2)    Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice.

(3)    The clerk shall terminate all hearings, and any pretrial and trial settings, and any hearings set for this case.

Dated this 24th day of July, 2020.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge